ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Program Litigation 1 | Law & Policy
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GONSALO SOTO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No.  2:26-cv-00499-DMC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from June 25 to July 27, 2026.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defend requests this extension because counsel requires additional time to perform a defensibility review to determine whether additional briefing is required.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before July 27, 2026;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before August 10, 2026).

Respectfully submitted,

DATE: June 23, 2026

*/s/   Kevin Heitke*\*
KEVIN HEITKE
Attorney for Plaintiff
(\* approved via email on 6/23/26)

ERIC GRANT
United States Attorney

DATE: June 23, 2026

By  *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  June 24, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2