IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GONSALO SOTO,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:26-cv-0499-ICD

ORDER

Plaintiff, who is proceeding pro se, bought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the parties' stipulation, this matter was remanded to the Commissioner for further proceedings and judgment has been entered. ECF Nos. 15 and 16. Now before the Court in this closed case is the parties' stipulation for an award of attorney's fees under the Equal Access to Justice Act. ECF No. 17. Good cause appearing, the stipulation is approved and Plaintiff is awarded $9,000.00 in attorney's fees payable under the terms of the parties' stipulation.

IT IS SO ORDERED.

Dated: October 22, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE